

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Melingonis, Individually and on behalf of All Other Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>Main Streat Marketing, LLC, a Utah Limited Liability Company and Jerrod Robker, an individual aka Jerrod McAllister<br><br>**Defendant.** | Civil Action No. 16-cv-02292-MMA-JLB<br><br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Orders that the putative class claims be dismissed without prejudice. It is further Ordered that Plaintiff's motion for default judgment be granted. Judgment is entered against Defendants, and in favor of Plaintiff, in the total amount of $8,000 in statutory damages and $877.50 in costs.

Date:   10/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ A. Garcia

A. Garcia, Deputy